# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA
       Plaintiff,

v.                                                    Case No.: 1:25−cr−00637
                                                      Honorable Joan H. Lefkow

Juan Espinoza Martinez
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2025:

   MINUTE entry before the Honorable Heather K. McShain: At the request of defense counsel, arraignment set for 10/17/2025 at 10:30 a.m. is reset to 10/17/2025 at 1:15 p.m. (TIME CHANGE ONLY) in Courtroom 1743 before the Duty Magistrate. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.