**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                                  Case No.: 1:25−cr−00637
                                                                    Honorable Joan H. Lefkow

Juan Espinoza Martinez
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 20, 2025:

    MINUTE entry before the Honorable Joan H. Lefkow as to Juan Espinoza Martinez: A status hearing is set for 10/22/2025 at 9:15 a.m. in person in courtroom 2201. The Court requests the USMS make defendant available by phone. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.