# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 637 |
| v. | Hon. Joan Humphrey Lefkow<br>District Judge |
| JUAN ESPINOZA MARTINEZ | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Assistant United States Attorney Michael Maione is no longer assigned to the above-captioned case.

    Respectfully submitted,

    ANDREW S. BOUTROS
    United States Attorney

By:   */s/Michael Maione*
    MICHAEL MAIONE
    Assistant United States Attorney
    219 S. Dearborn Street, Rm. 500
    Chicago, Illinois 60604
    (312) 353-4258