# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                   Case No.: 1:25−cr−00637

                                                           Honorable Joan H. Lefkow

Juan Espinoza Martinez

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

      MINUTE entry before the Honorable Joan H. Lefkow as to Juan Espinoza Martinez: Status hearing held. As stated on the record, the oral motion to exclude time is granted through the ruling on motion date of 11/12/2025 at 9:15 in courtroom 2201 but otherwise denied. A 1−week jury trial is set to begin on 1/20/2026 at 9:30 a.m. Further trial deadlines will be set at the next ruling on motion date. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.