In the United States District Court
for the Northern District of Illinois

United States of America,
Plaintiff,

Case number 25 CR 637

Judge Maria Valdez

v.

Juan Martinez
Defendant.

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Juan Martinez

**Under seal?** ☒ Yes ☐ No

**Defendant number** 1

**Representation type** CC

**Type of person represented** Adult

**Court order** Subs for Federal Defender

**Payment category** Felony

**Name of Prior Attorney** Jasmine J. Johnson

**Name of appointed attorney** Jonathan S. Bedi

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.
Emily Komp $100
Courtney Knippen $100

_____
**Signature of Presiding Judge or by Order of the Court**

10/10/25
**Date**

**Nunc Pro Tunc Date:** 10/7/25    or ☐ None

---

## ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?** ☒ Yes ☐ No
**Prior authorization approved?** ☒ Yes ☐ No ☐ Not applicable

_____
**Signature of Presiding Judge or by Order of the Court**

**Date**

**Nunc Pro Tunc Date:** 10/7/25    or ☐ None

Rev. 2212019