UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN ESPINOZA MARTINEZ | No. 25 CR 637<br><br>Judge Joan H. Lefkow |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SURREPLY**

The United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully submits this motion for leave to file surreply:

1. On October 5, 2025, defendant Juan Espinoza Martinez was charged by criminal complaint with a single count of murder for hire, in violation of Title 18, United States Code, Section 1958(a). Dkt. 1. On October 14, 2025, a grand jury indicted defendant for the same. Dkt. 12.

2. Defendant was arraigned on October 17, 2025. Dkt. 21. That same day, defendant filed a motion for disclosure of the identity of the source of certain information provided in this case. Dkt. 19.

3. Defendant's motion was approximately 3 pages, primarily relied on *Roviaro v. United States*, 353 U.S. 53 (1957), and set forth conclusory arguments that the source of information's identity must be disclosed immediately. Dkt. 19.

4. This Court then set a briefing schedule, with the government's response brief due on October 24, 2025, and defendant's reply due on October 31, 2025. Dkt. 20. At defendant's request, this Court also set trial for January 20, 2027. Dkt. 27.

5. On October 24, 2025, the government filed its response. Dkt. 30.

6. On October 31, 2025, defendant filed his reply, which was substantially longer than his original motion—13 pages, compared to just 3 pages in his original motion—and contained new arguments and analysis not mentioned in his original motion. Dkt. 32.

7. A "sur-reply may be appropriate to allow a party the opportunity to respond to new arguments made in a reply brief." *Consolino v. Dart*, 2023 WL 6141311, at *4 (N.D. Ill. Sept. 20, 2023) (citing *Consortium v. UnitedHealth Grp., Inc.*, 68 F. Supp. 3d 917, 922 (N.D. Ill. 2014)). "Whether to grant a motion for leave to file a sur-reply is a matter of the Court's discretion." *Id*.

8. Here, defendant initially filed a conclusory three-page motion (approximately half of which was a list of information he demanded be disclosed). Now, in reply, for the first time, across 13 pages and four different argument headings, defendant has set forth several new arguments and issues for the Court's consideration.

9. The government should be afforded an opportunity to respond to these new arguments and issues. The government therefore requests leave to file a surreply, to be due on or before November 10, 2025.

10. On November 3, 2025, government counsel conferred with defense counsel, and defense counsel did not object to the government filing a surreply.

## **CONCLUSION**

For the reasons stated above, the government respectfully requests that the Court grant the government's motion.

                                                Respectfully submitted,

                                                ANDREW S. BOUTROS
                                                United States Attorney

By:   */s/Bradley Tucker*
        BRADLEY TUCKER
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
Date: November 3, 2025         Chicago, Illinois 60604

3