# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:25−cr−00637 |
| | Honorable Joan H. Lefkow |
| Juan Espinoza Martinez | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

MINUTE entry before the Honorable Joan H. Lefkow as to Juan Espinoza Martinez: On the court's own motion, the status hearing and ruling on motion hearing set for 11/12/2025 is stricken and reset to 11/19/2025 at 9:15 a.m. in courtroom 2201. Time remains excluded through the ruling on motion date of 11/19/2025. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.