UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN ESPINOZA MARTINEZ | No. 25 CR 637<br><br>Judge Joan H. Lefkow |

**GOVERNMENT'S MOTION *IN LIMINE* TO BAR REFERENCE AT TRIAL TO SHOOTING IN MINNESOTA**

The UNITED STATES OF AMERICA, through its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves to exclude any reference at trial in this case to the recent fatal shooting by an ICE agent in Minnesota. In support, the government states as follows:

1. Since the time that the Court set a schedule for motions *in limine* in this case, a fatal shooting occurred in Minnesota involving an ICE agent. The shooting has received significant media attention.

2. The Court previously granted an unopposed motion by the government to preclude any arguments suggesting jury nullification. (Docket #80.) Argument referencing the Minnesota shooting clearly falls under that category. Given the high-profile nature of the shooting and the significant public commentary surrounding it, the government files this motion seeking an order specifically barring mention of the Minnesota shooting at trial.

3. The Minnesota shooting has no relevance to this case. Reference to the shooting has the potential to significantly prejudice the government, as any reference during attorney arguments may cause the jury to decide the case on a ground other than the facts in evidence, namely, to decide the case based on their dislike for the actions of an agent in Minnesota.

WHEREFORE, the government seeks an order barring any mention of the Minnesota shooting at trial in this case.

                Respectfully submitted,

                ANDREW BOUTROS
                United States Attorney

By:   */s/ Jason Yonan*
       JASON YONAN
       MINJE SHIN
       Assistant United States Attorneys
       219 South Dearborn Street, 5th Floor
       Chicago, IL 60604
       (312) 353-0708

Dated: January 13, 2026