## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

United States of America,

Plaintiff,

v.

Juan Espinoza Martinez,

Defendant.

Case No. 25 CR 637

Judge Joan H. Lefkow

## **ORDER**

Jury trial held.  Verdict reached of "not guilty".  Defendant is acquitted of all charges related to this case and shall be released as soon as practical after processing.

Date: 1/22/2026

Joan H. Lefkow

U.S. District Judge