AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

JUAN ESPINOZA MARTINEZ

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 25 CR 637

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Joan H. Lefkow, U.S. District Judge
Name and Title of Judge

1/22/2026
Date